UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No.  4:17 CR 578 CDP (SPM) |
| | ) |
| WILLIAM GUM, a/k/a "Mal," | ) |
| | ) |
|     Defendant. | ) |

## GOVERNMENT'S RESPONSE TO DEFENDANT WILLIAM GUM'S MOTION TO MODIFY CONDITIONS OF RELEASE

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jeannette S. Graviss, Assistant United States Attorney for said District, and responds to Defendant William Gum's Motion to Modify Conditions of Release.

1. On December 14, 2017, the defendant William Gum and his wife, co-defendant Charlena Gum were arrested on the warrant issued in the instant case.

2. The defendant William Gum is charged with five counts of theft from an agency receiving federal funds, one count of conspiracy to commit access device fraud, and one count of access device fraud.

3. The indictment alleges that over the course of several years, William Gum, systematically stole from the Washington County Ambulance District while he was employed as an Administrator for the District.

4. The defendant, William Gum, is currently employed as a Captain in the Potosi Police Department and his son, Michael Gum, is the Chief of Police.

5. Title 18, United States Code, Section 3142(c)(B) provides that the court may impose a combination of conditions that will ensure the safety of any other person or the community.

Specifically, the court may order the defendant to "satisfy any other condition that is reasonably necessary to assure the appearance of the person as required and the safety of any other person and the community."

6. On December 14, 2017, this court found that the safety of the community required the defendant, William Gum, to surrender his firearms and to resign his current position with the Potosi Police Department.

7. The defendant, William Gum, now requests that he be permitted to maintain his employment with the Potosi Police Department in order to secure his pension and to maintain his health insurance. The defendant requests that he merely take a leave of absence from the Potosi Police Department.

8. There are provisions under current laws and regulations of the United States that would allow the defendant to secure his own health insurance upon voluntary or involuntary termination of employment.

9. The indictment alleges, and a Grand Jury has found probable cause to believe, that the defendant fraudulently stole more than $20,000 from the Washington County Ambulance District to fund health insurance for members of his family.

10. Further, the indictment alleges, and the Grand Jury found probable cause to believe, that the defendant had stolen more than $5,000 a year from the Washington County Ambulance District between 2012 and 2016.

11. On December 14, 2017, after co-defendant Charlena Gum was placed under arrest on the outstanding indictment, she agreed to speak with investigators about the charges. Ms. Gum told agents that she purchased gift cards from Walmart and deposited the proceeds into a Paypal account. Ms. Gum said that she used the Paypal account in order to purchase prescription Opiod medication from various individuals. Ms. Gum said that William Gum was aware of the fraudulent credit card

purchases on the Washington County Ambulance District credit cards, but that she agreed to take the blame for it if they were ever caught.

12. During the course of the investigation, in April 2016, a grand jury subpoena was issued for documents related to the business of the Washington County Ambulance District, and documents specifically related to defendants William Gum and Charlena Gum.  In June 2016, prior to complying with the subpoena, William Gum, as Administrator of the District hired a shredding company to pick up ten boxes of Washington County Ambulance District documents to be shredded.

13. During the course of the investigation, allegations were made regarding defendant Charlena Gum's drug use while on duty.  When agents with the Federal Bureau of Investigation began talking to employees of the Potosi Police Department, those employees were told that they should not be speaking to the FBI.

14. Witnesses that the government intends to call at trial in this matter have told investigators that they have been intimidated by the defendants in this case and William Gum's continued employment with the Potosi Police Department would assure the safety of the witnesses and the community.

WHEREFORE, the government requests that the defendant's motion to modify conditions of relief be denied.

        JEFFREY B. JENSEN
        United States Attorney


        */s/ Jeannette S. Graviss*
        JEANNETTE S. GRAVISS
        Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that on <u>December 19, 2017</u>, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                    <u>*s/Jeannette S. Graviss*</u>
                                                    JEANNETTE S. GRAVISS, #44483MO
                                                    Assistant United States Attorney