UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:17-cr-578 CDP (SPM) |
| | ) |
| WILLIAM GUM, | ) |
| | ) |
| Defendant. | ) |

**<u>SECOND MOTION TO MODIFY CONDITIONS OF RELEASE</u>**

COMES NOW Defendant, William Gum, by and through counsel, and hereby moves this Court pursuant to 18 U.S.C. § 3145(a)(2) to modify the amended conditions of release imposed on December 22, 2017, to allow communication with John Moore along with members of the Potosi Police Department.  In support of this motion, Defendant states as follows:

1.	On December 13, 2017, Defendant was charged in a multi-count Indictment.  <u>See Redacted Indictment</u> [Doc. Text #2].

2.	On December 14, 2017, Defendant surrendered to the United States Marshals Service and presented for his initial appearance.

3.	On that same date, this Court admitted Defendant to bail on a combination of conditions of release, [Doc. Text #15], determining that the conditions imposed would reasonably assure both his appearance at trial and the safety of the community.  Those conditions were amended on December 22, 2017, [Doc.Text#31], pursuant to a request by Defendant.

4.	On November 5, 2018, Defendant pled guilty to four violations of 18 U.S.C. § 666.  See <u>Guilty Plea Agreement</u> [Doc. Text #90].

1

5. Condition (s) is among the conditions imposed by this Court. Condition (s) prohibits Defendant from communicating with any current of former employees or board members of the Washington County Ambulance District as well as any Potosi Police Department employees.

6. Condition (s) adversely impacts Defendant's personal relationships with friends he has known for up to forty years.

7. John Moore was a board member of the Washington County Ambulance District but has since left the board. Mr. Moore has been a personal friend of Defendant for over forty years. Defendant does not seek to have communication with any other individual affiliated with the Washington County Ambulance District.

8. Defendant also has long-term relationships with employees of the Potosi Police Department. It is the understanding of counsel that concern was only expressed over communication with three individuals affiliated with the department - Jonie Boyer, Scott Lahay and Matt Coffman. Matt Coffman and Scott Lahay have both since left the department and Jonie Boyer works evenings. Defendant will have no communication with Jonie Boyer.

9. Accordingly, Defendant files the instant motion only to allow communication with long-term friends not associated with this case.

10. Defendant, through counsel, has discussed this matter with Assistant United States Attorney Jeannette Graviss. Ms. Graviss does not object to Defendant's request.

WHEREFORE, Defendant respectfully requests this Honorable Court modify the amended conditions of release imposed on December 22, 2017, to allow Defendant the ability to communicate with John Moore and members of the Potosi Police Department.

        Respectfully submitted,

        ROSENBLUM, SCHWARTZ & FRY, PC

By:    /S/Marc Johnson
        MARC JOHNSON, #58065 MO
        Attorney for Defendant
        120 S. Central Avenue, Suite 130
        Clayton, Missouri 63105
        (314) 862-4332/Facsimile (314)862-8050

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 6, 2018, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Jeannette Graviss Assistant United States Attorney.